Andres Z, Bustamante, Esq. (# 147025)
**Law Offices of Andres Z. Bustamante**
634 South Spring St. Suite 910
Los Angeles, CA 90014
Telephone (213)891-9009
Facsimile (213)627-1655

Attorney for Defendant
*Segundo Pineda-Viveros*

IN THE UNITED STATES DISTRICT COURT

EASTERN DRISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )  | Case No. 1:10 –CR-00416-001-LJO-1 |
| Plaintiff,  ) | |
| vs.  ) | **ORDER : STIPULATION TO CONTINUE HEARING** |
| **SEGUNDO PINEDA -VIVEROS,**  ) | Date: July 9, 2012 |
| Defendant.  ) | Time 8:30 a.m. |
| ) | *Honorable Lawrence J. ONeill, Presiding* |

**GOOD CAUSE APPEARING THEREFOR**; Segundo Pinedo-Viveros Sentencing Hearing scheduled for July 9, 2012 is continued to August 27, 2012 at 9:30a.m.

DATED: July 3, 2012

/s/ Lawrence J. O'Neill  _____
Hon. Lawrence J. O'Neill
U.S. District Judge/U.S. Magistrate Judge

1